GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/16/2021

| CASE NO | DEBTOR | PAYEE | ADDRESS | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 1503725 | Angela D. Morris | Navient Solutions | P.O. BOX 13611 PHILADELPHIA, PA 19101 | 286138 | $ 70.92 |
| 1503994 | David P. Whitney | David P. Whitney | 371 ALLISON COURT MOBILE, AL 36608 | 287629 | $ 1.02 |
| 1600183 | Jimmy Lee Coleman | Jimmy Lee Coleman | 4129 COUNTY ROAD 12 EVERGREEN, AL 36401 | 287481 | $ 39.26 |
| 1601627 | Rachel Taylor Jones | Rachel Taylor Jones | 633 DISMUKES AVENUE MOBILE, AL 36610 | 287534 | $ 15.99 |
| 1601961 | Shandra Lasha Jackson | Shandra Lasha Jackson | 4054 SNNYVALE LANE SOUTH MOBILE, AL 36609 | 287525 | $ 127.24 |
| 1601961 | Shandra Lasha Jackson | Shandra Lasha Jackson | 4054 SNNYVALE LANE SOUTH MOBILE, AL 36609 | 287526 | $ 22.28 |
| 1603020 | Henry James Broadus, Jr. | Henry James Broadus, Jr. | 9880 GALLOPS CREEK DRIVE WILMER, AL 36587 | 287466 | $ 4.65 |
| 1701960 | Victor Charles Brewster | Crest Financial Services, LLC | 61 WEST 13490 SOUTH DRAPER, UT 84020 | 285223 | $ 6.51 |
| 1803311 | Derrick Lasean Johnson | City of Mobile | P.O. BOX 2287 MOBILE, AL 36652 | 285099 | $ 4.12 |
| 1910242 | Shannon Stewart | Shannon Stewart | 7076 COUNTY ROAD 31 FRANKVILLE, AL 36538 | 287605 | $ 1.72 |
| 1700065 | Jimmie Allen | Bobbie Hogan | 835 HILLTOP CIRCLE DEMOPOLIS, AL 36732 | 285657 | $ 139.99 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/16/2021

| | | | | |
|---|---|---|---|---|
| 1604455 | Leslie Tunstall | Alabama Orthopaedic Sports Medicine | P.O. BOX 478 DAPHNE, ALABAMA 36526 | 284544 | $ | 13.34 |
| 1604227 | Tearria Lenette Adams | Tearria Lenette Adams | 1358 BARKER DRIVE EAST MOBILE, AL 36608 | 287445 | $ | 1.97 |
| 1604044 | Teneshla Maria Cook | BH Greentree Apartments LP | P.O. BOX 2533 MOBILE, AL 36652 | 284844 | $ | 1.58 |
| 1603559 | Clyde C. Campbell | Bayside Dental Care | 19354 GREENO ROAD FAIRHOPE, AL 36532 | 284819 | $ | 85.03 |
| 1603536 | Cecil Jackson | Suzanne Holland | 1101 SCHAUB AVENUE MOBILE, AL 36609 | 285658 | $ | 6.67 |
| 1603346 | Shannon Watts | Shannon Watts | 3051 ANGUS DRIVE SOUTH MOBILE, AL 36606 | 287622 | $ | 1.82 |
| 1604224 | Josepher F. Moore | Summit Financial Corporation | 100 NW 100TH AVENUE PLANTATION, FL 3332 | 286893 | $ | 100.12 |
| 1604224 | Josepher F. Moore | Summit Financial Corporation | 100 NW 100TH AVENUE PLANTATION, FL 3332 | 286893 | $ | 0.98 |
| 1603137 | Latasha Lillena Harold | Summit Financial Corporation | 100 NW 100TH AVENUE PLANTATION, FL 3332 | 286893 | $ | 325.34 |
| 1602917 | Angel Jeannine Smith | Angel Jeannine Smith | 634 GLENWOOD STREET MOBILE, AL 36606 | 287602 | $ | 71.42 |
| 1602917 | Angel Jeannine Smith | Angel Jeannine Smith | 634 GLENWOOD STREET MOBILE, AL 36606 | 287601 | $ | 366.00 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/16/2021

| | | | | |
|---|---|---|---|---|
| 1602752 | David Wayne Owen | David Wayne Owen | 18 GULF STREET CHICKASAW, AL 36611 | 287565 $ 3.17 |
| 1601536 | Veronica Amanor | PROVIDENCE HOSPITAL | 6801 AIRPORT BLVD MOBILE, AL 36608 | 286452 $ 23.73 |
| 1503080 | Nickcol Hives | Wells Fargo Card Services | P.O. BOX 660553 DALLAS, TX 75266 | 287343 $ 10.42 |
| 1502950 | Lesia Ann Eddins | Lesia Ann Eddins | 7558 COUNTY ROAD 37 VALLEY GRANDE, AL 36703 | 287491 $ 28.61 |
| 1502911 | Mercedes Sengchanh | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 $ 46.17 |
| 1502978 | Leonard Branham, Jr. | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 $ 21.23 |
| 1504128 | Letitia Gene Washington | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 $ 657.58 |
| 1503725 | Angela D. Morris | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 $ 6.88 |
| 1600227 | Lisa Turner | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 $ 88.14 |
| 1600227 | Lisa Turner | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 $ 42.80 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/16/2021

| Case # | Payee | Bank | Address | Check # | Amount |
|---|---|---|---|---|---|
| 1600531 | John Adam King | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 | $ 429.74 |
| 1600531 | John Adam King | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 | $ 24.26 |
| 1504148 | Jason Kenneth Welch | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 | $ 33.49 |
| 1601070 | Nancy Harris | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 | $ 150.16 |
| 1600190 | Sheila Foster | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 | $ 132.94 |
| 1600080 | Louis Stancil | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 | $ 13.70 |
| 1600303 | Sharon Rankins | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 | $ 42.93 |
| 1600388 | Raul M. Manriquez | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 | $ 12.33 |
| 1600782 | Rebecca Wilmoth | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 287302 | $ 13.24 |
| 1502868 | Veretressa T. Williams | Veretressa T. Williams | 7759 BELLINGRATH ROAD THEODORE, AL 36582 | 287633 | $ 150.29 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/16/2021

| | | | | |
|---|---|---|---|---|
| 1502641 | Charlette Ann Bussey | Charlette Ann Bussey | P.O. BOX 50959 MOBILE, AL 36605 | 287470 | $ | 1.38 |
| 1500572 | Morgan Wilburn Wright | | 10077 CREPE MYRTLE ROAD GRAND BAY, AL 36541 | 287638 | $ | 59.11 |
| 1500572 | Morgan Wilburn Wright | Morgan Wilburn Wright | 10077 CREPE MYRTLE ROAD GRAND BAY, AL 36541 | 287637 | $ | 10.12 |
| 1910651 | Sean A. Beck | Azalea City Finance | 677 THREE NOTCH ROAD STE B MOBILE, AL 36619 | 284762 | $ | 52.97 |
| 1910651 | Sean A. Beck | Azalea City Finance | 677 THREE NOTCH ROAD STE B MOBILE, AL 36619 | 284762 | $ | 58.74 |
| 2010739 | Chinina Latasha Franklin | Chinina Latasha Franklin | P.O. BOX 851659 MOBILE, AL 36685 | 287495 | $ | 133.50 |
| 2011793 | Marie Antoinette Estabrook | Marie Antoinette Estabrook | P.O. BOX 184 LOXLEY, AL 36551 | 287493 | $ | 100.00 |
| 2012308 | Kizzie V. Payne | S & K Wholesales, LLC | 131 OLD FORT ROAD WEST FORT DEPOSIT, AL 36032 | 286666 | $ | 111.39 |
| 2012308 | Kizzie V. Payne | S & K Wholesales, LLC | 131 OLD FORT ROAD WEST FORT DEPOSIT, AL 36032 | 286666 | $ | 78.79 |
| 1911442 | Yolanda Ousley Scruggs | Yolanda Ousley Scruggs | 7005 ORANGEBURG DRIVE SOUTH MOBILE, AL 36608 | 287594 | $ | 647.00 |
| | | | TOTAL | | $ | 4,592.78 |